**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-6303**

---

VICTOR T. LIVERMON,

                                    Plaintiff - Appellant,

        versus

RON ANGELONE, Director, D.O.C.; C. E. DAVIS,
Warden, Baskerville Correctional Unit; W. P.
ROGERS, Regional Administrator; GENE M. JOHN-
SON, Deputy Director/Division of Operations,

                                    Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Richmond.  Robert R. Merhige, Jr., Senior
District Judge. (CA-96-196)

---

Submitted:  June 19, 1997          Decided:  June 30, 1997

---

Before WILKINS and MICHAEL, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Victor T. Livermon, Appellant Pro Se.  Collin Jefferson Hite,
OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for
Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Livermon v. Angelone, No. CA-96-196 (E.D. Va. Jan. 29, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED